[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-16396
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 29, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00315-CR-44-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOMINIC MANUEL WILLIAMS,
a.k.a. Dom,
a.k.a. Nic,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(October 29, 2010)

Before TJOFLAT, CARNES and HULL, Circuit Judges.

PER CURIAM:

James Scott Byrne, appointed counsel for Dominic Manuel Williams, has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is GRANTED, and Williams' conviction and sentence are AFFIRMED.